Printed by BoltPDF (c) NCH Software. Free for non-commercial use only.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FAT BRANDS INC

PLAINTIFF

AGAINST

PPMT CAPITAL ADVISORS, LTD. ET. AL.

DEFENDANT

-------------------------------------------------------------------X

CIVIL ACTION NO: 19-CV-10497

AFFIDAVIT OF SERVICE OF:
SUMMONS AND COMPLAINT
WITH JURY DEMAND LOCAL
RULES OF THE COURT

STATE OF NEW YORK, COUNTY OF NEW YORK: SS
Ronald Jackson, Being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on NOVEMBER 18, 2019 AT 3:34 PM at 1001 AVENUE OF THE AMERICAS, NEW YORK, N.Y.10018. 2ND, FLOOR Deponent served the within SUMMONS AND COMPLAINT WITH JURY DEMAND AND LOCAL RULES OF THE COURT ON PPMT CAPITAL ADVISORS, LTD. DEFENDANT therein named. A domestic corporation by delivering thereat a true copy of each to KAITLYN FRYES personally, deponent knew said LTD so served to be LTD described in said SUMMONS AND COMPLAINT as said DEFENDANT and knew said individual to be AUTHORIZED AGENT thereof.

*SHE STATED THAT SHE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

Deponent further states that he describes the person actually served following:
SEX: FEMALE     SKIN COLOR: WHITE  HAIR COLOR: BLONDE  AGE (APPROX.) 30YRS.  HEIGTH (APPROX) 5'6"  WEIGHT (APPROX.) 150LBS.

RONALD JACKSON
LIC. NO: 0847497

SWORN TO ON THE 11/23/19

KARL BARRY
Notary Public, State of New York
No. 01BA6104710
Qualified in New York County
Commission Expires January 26. 2020