


# SAFE KEEPING RECEIPT

**RECEIPT N°:** 02102018/SJGI-38FRB
**BENEFICIARY:** SJ GLOBAL INVESTMENTS
Represented by Mr. Deak Olivije
(Holder of Croatia passport No 040510644)
**GOODS DESCRIPTION:** 38 Federal Reserve Bond Nominal Value of each Bond USD 500.000.000 ( Five Hundred Milion USD ) – United States of America,
Total Face Value of all 38 Bonds is USD $19,000,000,000 (Nineteen Billion)
Photos of all Bonds attached to the SKR

|    | Bond Serial Number |    | Bond Serial Number |
|----|--------------------|----|--------------------|
| 1  | C1049612A          | 21 | C1049632A          |
| 2  | C1049613A          | 22 | C1049633A          |
| 3  | C1049614A          | 23 | C1049634A          |
| 4  | C1049615A          | 24 | C1049635A          |
| 5  | C1049616A          | 25 | C1049636A          |
| 6  | C1049617A          | 26 | C1049637A          |
| 7  | C1049618A          | 27 | C1049547A          |
| 8  | C1049619A          | 28 | C1049548A          |
| 9  | C1049620A          | 29 | C1049549A          |
| 10 | C1049621A          | 30 | C1049550A          |
| 11 | C1049622A          | 31 | C1049551A          |
| 12 | C1049623A          | 32 | C1049552A          |
| 13 | C1049624A          | 33 | C1049553A          |
| 14 | C1049625A          | 34 | C1049554A          |
| 15 | C1049626A          | 35 | C1049555A          |
| 16 | C1049627A          | 36 | C1049556A          |
| 17 | C1049628A          | 37 | C1049557A          |
| 18 | C1049629A          | 38 | C1049558A          |
| 19 | C1049630A          | 39 |                    |
| 20 | C1049631A          | 40 |                    |

SIGNATURE:

SGS
Security & Logistick Geselschaft (Schweiz) GmbH
Postfach - Frachtstrasse 17 - CH-8058 Zürich-Flughafen
+41 (0)43 816 24 56   info@sgs-security.ch   www.sgs-security.ch

 

We, SGS 'Security & Logistik Gesellschaft Schweiz' GmbH situated within the Free Zone Zurich Airport, do hereby confirm with full responsibility of the company, that we are the authorized custodial holders of the above-described Assets on behalf of the above name beneficiary.

The above named Assets are physically deposited; within our vaults together with their respective authenticity and economic valuation reports on behalf of the beneficiary owner, and will remain in custody until instructed otherwise.

The securities in accordance with the owner's statement, are good and legitimately earned assets, and free clear of any liens or encumbrances. Consequently, we SGS shall not be liable for an infringement or false declaration or falsification made by the Depositor.

This Safe Keeping Receipt is an irrevocable, confirmable, assignable and transferable financial instrument at the beneficiary sole discretion and subject to the uniform customs and practices for documentary credits as published by the International Chamber of Commerce (I.C.C.) latest revision and engages us in accordance with the terms there of.

For and on behalf of the SGS security and logistic company in Zürich.

SGS Agent
Iwona Waszak

Date: Tuesday, 02 October 2018

**SGS** Security & Logistik Gesellschaft Schweiz CH-8085 Zürich-Flughafen