UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
FAT BRANDS INC.,                                                        :
                                                                        :
                                        Plaintiff,                     :          19-CV-10497 (JMF)
                                                                        :
                    -v-                                                 :          ORDER
                                                                        :
PPMT CAPITAL ADVISORS, LTD. et al.,                                    :
                                                                        :
                                        Defendants.                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 27, 2020, Defendant Karl Douglas, proceeding *pro se*, filed an Answer to the Amended Complaint, ECF No. 100, on his own behalf and purportedly on behalf of Defendants PPMT Capital Advisors, Ltd., and Royal Gulf Capital Corporation, as well.  Corporations may appear in federal court only through licensed counsel, however, and neither of these corporate Defendants has entered a notice of appearance by counsel.  *See Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).  Accordingly, Douglas's Answer is invalid as to PPMT Capital Advisors, Ltd., and Royal Gulf Capital Corporation and hereby STRICKEN as to them. The Answer is deemed to have been filed solely on Douglas's behalf.

       SO ORDERED.

Dated: April 29, 2020
      New York, New York

_____
                         JESSE M. FURMAN
                 United States District Judge