UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
     :
FAT BRANDS INC.,     :
     :
              Plaintiff,     :     19-CV-10497 (JMF)
     :
              -v-     :     <u>ORDER</u>
     :
PPMT CAPITAL ADVISORS, LTD., et al.,     :
     :
              Defendants.     :
     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motions to dismiss, *see* ECF Nos. 102, 104, Defendants' earlier motions to dismiss filed at ECF Nos. 48, 56, 93, and 95, are hereby DENIED as moot. Plaintiff's oppositions to the new motions to dismiss are due by **May 15, 2020**. Defendants' replies, if any, are due by **May 22, 2020**. Counsel for the SJ Global Defendants shall file a single reply on behalf of all Defendants they represent.

        The Clerk of Court is directed to terminate ECF No. 48, 56, 93, and 95.

        SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                               JESSE M. FURMAN
                                            United States District Judge