UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAT BRANDS INC.,                                  Case No.: 19-cv-10497

                  Plaintiff,

-against-

PPMT CAPITAL ADVISORS, LTD., ROYAL GULF
CAPITAL CORPORATION, KARL DOUGLAS,       **AFFIDAVIT OF SERVICE**
WESLEY RAMJEET, SJ GLOBAL INVESTMENTS   **UPON PPMT CAPITAL**
WORLDWIDE, LTD., SJ GLOBAL                              **ADVISORS, LTD and ROYAL**
INVESTMENTS LTD, PETER SAMUEL, NEIL               **GULF CAPITAL**
WALSH, KRISTINA FIELDS, AND MICKEY                 **CORPORATION**
EDISON,

                             Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

Ekaterina Pratt, being duly sworn, says:

On July 28, 2020, I served a true copy of Order Scheduling Default Judgment Briefing and Show Cause Hearing dated July 28, 2020, on Defendants PPMT CAPITAL ADVISORS, LTD and ROYAL GULF CAPITAL CORPORATION, via Federal Express (Tracking # 771115469891) in a postage-paid envelope within the state of New York, addressed as follows:

PPMT Capital Advisors, LTD and
Royal Gulf Capital Corporation c/o Karl Douglas
1304 Ridge Road
Laurel Hollow, NY 11791

                                                                           Ekaterina Pratt

Sworn to before me this
28th day of July 2020

_____
Notary Public

JOSHUA C. GILLETTE
Notary Public, State of New York
Reg. No. 02GI6354989
Qualified in New York County
Commission Expires Feb. 27, 2021