UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FAT BRANDS INC.,

                          Plaintiff,

  -against-

PPMT CAPITAL ADVISORS, LTD., ROYAL GULF CAPITAL CORPORATION, KARL DOUGLAS, WESLEY RAMJEET, SJ GLOBAL INVESTMENTS WORLDWIDE, LTD., SJ GLOBAL INVESTMENTS LTD, PETER SAMUEL, NEIL WALSH, KRISTINA FIELDS AND MICKEY EDISON.

                          Defendants.
-----------------------------------------------------------x

Case No.: 19-CV-10497

**NOTICE OF MOTION FOR DEFAULT JUDGEMENT AGAINST THE DEFENDANT PPMT CAPITAL ADVISORS, LTD.**

PLEASE TAKE NOTICE that, upon the annexed Declaration of Russell Bogart, Esq., dated August 18, 2020, and all accompanying exhibits, the annexed Declaration of Allen Z. Sussman, Esq., dated August 18, 2020, the accompanying Memorandum of Law, the accompanying Clerk's Certificate of Default, and all prior papers and proceedings herein, Plaintiff FAT Brands will respectfully move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Courthouse, 40 Foley Square, Room 2202, New York, New York 10007, on October 1, 2020 at 3:30 p.m., for an Order of Default Judgement, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, against Defendant PPMT Capital Advisors, Ltd. with respect to Plaintiff's First Claim For Relief.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Honorable Jesse M. Furman's August 10, 2020 order (DE 130), Defendant's opposition papers with respect to Plaintiff's motion are to be served within seven (7) days of the date of service of this motion.

1

Dated: August 18, 2020
      New York, New York

                        KAGEN CASPERSEN & BOGART PLLC

By:    */s/ Russell Bogart*
       Russell Bogart, Esq.
       757 Third Avenue, 20th Fl.
       New York, NY 10017
       Telephone: (212) 880-2045
       Fax: (646) 304-7879
       rbogart@kcbfirm.com