UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FAT BRANDS, INC.,                                                       :
:
            Plaintiff,                                                  :
:                    19-CV-10497 (JMF)
   -v-                                                                  :
:                           ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,                                    :
:
            Defendants.                                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

   The hearing scheduled for **October 1, 2020** at **3:30 p.m.** will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the hearing by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the hearing.)

   As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the hearing**, the parties shall email the Court a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

   **Any party that objects to the entry of default judgment against Defendant PPMT Capital Advisors, Ltd. on Plaintiff's First Claim of Relief shall file an opposition no later than September 24, 2020.  Plaintiff shall promptly serve this order on Defendant Karl Douglas and file proof of such service.**

   SO ORDERED.

Dated: September 21, 2020                        _____
       New York, New York                                JESSE M. FURMAN
                                                      United States District Judge