UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAT BRANDS INC.,

                                 Plaintiff,

    -against-

PPMT CAPITAL ADVISORS, LTD., ROYAL GULF CAPITAL CORPORATION, KARL DOUGLAS, WESLEY RAMJEET, SJ GLOBAL INVESTMENTS WORLDWIDE, LTD., SJ GLOBAL INVESTMENTS LTD, PETER SAMUEL, NEIL WALSH, KRISTINA FIELDS AND MICKEY EDISON.

                                Defendants.
------------------------------------------------------------x

**Case No.: 19-CV-10497**

**ORDER OF DEFAULT JUDGMENT**

## DEFAULT JUDGMENT

This action having been commenced on November 13, 2019 with the filing of the Complaint (ECF No. 17), and a copy of the Summons and Complaint having been served on Defendant PPMT Capital Advisors, Ltd. ("Defendant") on November 18, 2019 and proof of service having been filed on December 5, 2019 (ECF No. 31); and on April 3, 2020 the Amended Complaint having been filed (ECF No. 97), and on July 2, 2020 a copy of the Amended Complaint having been served on Defendant and proof of service having been filed on July 9, 2020 (ECF No. 121), and the Defendant having failed to answer either the Complaint or the Amended Complaint, and the time for answering both the Complaint and the Amended Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That Plaintiff FAT Brands Inc. shall have judgment against defendant PPMT Capital Advisors, Ltd. as to liability, and only with respect to the First Claim for Relief set forth in Plaintiff's Amended Complaint.

As discussed on the record at the hearing conducted before the Court on October 1, 2020, Plaintiff FAT Brands Inc. shall file a letter no later than **October 8, 2020** addressing 1) whether the attorney's fees it seeks are recoverable as damages for the liability established for the First Claim for Relief; 2) whether the attorney's fees sought should be reviewed for fairness and reasonableness; and 3) whether the Court has authority to enter partial judgment as to damages for the First Claim for Relief while allowing Plaintiff to seek further damages for the same claim at a future date. **By the same date**, Plaintiff shall also file under seal for *ex parte in camera* review the records supporting Plaintiff's entitlement to the attorneys' fees sought.

SO ORDERED.

Dated: October 2, 2020
New York, New York

By: _____
Jesse M. Furman
United States District Judge