UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FAT BRANDS INC.,

                      Plaintiff,

   -against-

PPMT CAPITAL ADVISORS, LTD., ROYAL
GULF CAPITAL CORPORATION, KARL
DOUGLAS, WESLEY RAMJEET, SJ GLOBAL
INVESTMENTS WORLDWIDE, LTD., SJ
GLOBAL INVESTMENTS LTD, PETER
SAMUEL, NEIL WALSH, KRISTINA FIELDS
AND MICKEY EDISON.
                      Defendants.
-----------------------------------------------------------x

**Case No.: 19-CV-10497 (JMF)**

**FINAL JUDGMENT ON PLAINTIFF'S FIRST CLAIM FOR RELIEF AGAINST THE DEFENDANT PPMT CAPITAL ADVISORS, LTD.**

JESSE M. FURMAN, United States District Judge:

      WHEREAS**,** this action having been commenced on November 13, 2019 with the filing of the Complaint (DE 17), and a copy of the Summons and Complaint having been served on Defendant PPMT Capital Advisors, Ltd. ("Defendant") on November 18, 2019 and proof of service having been filed on December 5, 2019 (DE 31); and on April 3, 2020 the Amended Complaint having been filed (DE 97), and on July 2, 2020 a copy of the Amended Complaint having been served on Defendant and proof of service having been filed on July 9, 2020 (DE 121), and the Defendant having failed to answer either the Complaint or the Amended Complaint, and the time for answering both the Complaint and the Amended Complaint having expired,

      WHEREAS**,** on October 2, 2020, this Court Ordered, Adjudged and Decreed, that Plaintiff FAT Brands Inc. shall have judgment against Defendant PPMT Capital Advisors, Ltd. and only with respect to the First Claim for Relief set forth in Plaintiff's Amended Complaint;

1

WHEREAS, on October 9, 2020, this Court directed Plaintiff to file a proposed judgment for the First Claim for Relief calculating prejudgment interest as of October 14, 2020.

It is Ordered and Adjudged that:

1. The Clerk is to enter a final judgment in this matter on Plaintiff's First Claim for Relief Against PPMT Capital Advisors, Ltd. directing that Plaintiff FAT Brands, Inc. recover the amount of $634,100 in compensatory damages;

2. Plaintiff is entitled to prejudgment interest under CPLR 5001(b) at the rate of nine percent per annum, accruing from December 20, 2018 through October 14, 2020, for a total of 665 days, in the amount of $156.35 per day, for a total amount of prejudgment interest of $103,975;

3. Plaintiff is entitled to Final Judgment on its First Claim for Relief Against Defendant PPMT Capital Advisors, Ltd. in the amount of $738,075, together with any post-judgment interest as permitted by law;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: that this Court shall retain jurisdiction of this matter for purposes of enforcing the terms of this Judgment.

There being no just reason for delay, pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment on Plaintiff's First Claim For Relief Against the Defendant PPMT Capital Advisors, Ltd. forthwith and without further notice.

Dated: October 13, 2020
       New York, New York

By: _____
    Jesse M. Furman
    United States District Judge