UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FAT BRANDS INC.,                                                     :
:
Plaintiff,                              :        19-CV-10497 (JMF)
:
-v-                                     :        ORDER
:
PPMT CAPITAL ADVISORS, LTD., et al.,                                 :
:
Defendants.                             :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 14, 2020 counsel for SJ Global Investments Worldwide Ltd., SJ Global Investments Ltd., Neil Walsh, Kristina Fields, Peter Samuel and Michael J. Edison (collectively "the SJ Global Defendants") — Lisa A. Herbert, Philip M. Busman, and Sam Rosenthal of Nelson Mullins Riley & Scarborough, LLP — filed a motion to withdraw as Defendants' counsel.  *See* ECF No. 149.  By **December 21, 2020**, the SJ Global Defendants' counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their clients, and by **December 23, 2020**, file proof of such service on the docket.  *See* S.D.N.Y. Local Rule 1.4.

Any opposition to the motion to withdraw shall be filed by **January 11, 2021**; any reply shall be filed by **January 19, 2021**.  Unless and until the Court grants the motion, Lisa A. Herbert, Philip M. Busman, and Sam Rosenthal remain counsel of record.  If the SJ Global Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

SO ORDERED.

Dated: December 16, 2020
       New York, New York                           _____
                                                         JESSE M. FURMAN
                                                    United States District Judge