UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                   :

FAT BRANDS INC,                           :

                                :

                Plaintiff,             :

                                :        19-CV-10497 (JMF)

       -v-                          :

                                :         ORDER

PPMT CAPITAL ADVISORS LTD., et al.,     :

                                :

                Defendants.         :

                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As discussed, and for the reasons stated, on the record at a teleconference before the Court earlier today, the initial pretrial conference is ADJOURNED to **March 25, 2021** at **12:00 p.m.** in order to provide Defendant Karl Douglas further opportunity to obtain counsel.  If Mr. Douglas obtains counsel, counsel shall comply submit a joint letter and proposed Case Management Plan **by the Thursday before the conference** in accordance with the directions set forth in the Notice of Initial Pretrial Conference.  *See* ECF No. 28.

        The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

        As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

        Further, the parties are ORDERED to confer regarding post-judgment discovery in connection with Plaintiff's first claim for relief against PPMT Capital Advisor, Ltd. by no later than **February 26, 2021**.  Any discovery-related disputes shall be raised by letter motion, not to exceed three pages, in accordance with the Court's Individual Rules and Practices.

        Although Mr. Douglas stated during the conference that he has been authorized to use the Electronic Case Filing system, there is no indication of that on the docket.  As long as

Mr. Douglas is proceeding *pro se*, he is encouraged, in light of the current global health crisis, to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email are available on the Court's website. Mr. Douglas is also encouraged to consent to receive all court documents electronically to avoid mailing delays. A Consent to Electronic Service Form is available on the Court's website at https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf. *Pro se* parties who are unable to use email may still submit documents by regular mail to the *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). In either case, however, there may be significant delays before such filings are received and/or docketed. No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court. For more information, please visit the Court's website at www.nysd.uscourts.gov and review the Court's Individual Rules and Practices in Civil *Pro Se* Cases, available on the Court's website.

In the event Mr. Douglas does not obtain counsel, he is also reminded that there is a *Pro Se* Law Clinic in this District to assist non-incarcerated people who are parties in civil cases and do not have lawyers. The *Pro Se* Law Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit). The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling (212) 659-6190.

The Clerk of Court is directed to mail a copy of this Order to Mr. Douglas.

SO ORDERED.

Dated: February 11, 2021
New York, New York

JESSE M. FURMAN
United States District Judge

2