# The Roth Law Firm, PLLC

295 Madison Avenue
22nd Floor
New York, NY 10017
Tel.: (212) 542 8882    Fax: (212) 542 8883
www.rrothlaw.com

March 16, 2021

**Via ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Rm 2202
New York, NY 10007

**Re: Fat Brands, Inc. v. PPMT Capital Advisors, Ltd., et al.; Case No.: 1:19 – cv- 10497 (JMF)**

Dear Judge Furman:

We are new counsel for Defendants PPMT Capital Advisors, Royal Gulf Capital Corporation and Karl Douglas and write on behalf of all parties that remain in the litigation.

Yesterday, pursuant to the Court's Order of March 11, 2021, the parties held a meet and confer to discuss outstanding discovery issues between our clients and plaintiff.  During the call, we discussed the fact that, because we have been newly retained, it makes sense to adjourn the pending conference for one week, to allow the parties to work through the discovery issues and to allow us to become better acquainted with the matter.  Counsel for plaintiff, thus, consented to the request.

Accordingly, an in an effort to do so, we ask that the Court adjourn the conference set for March 25, 2021 for one week, to April 1, 2021 (or any date thereafter in which the Court is available) and allow the parties to submit a joint letter on March 25, 2021 in advance of that conference.  We have also agreed that our clients will serve a formal response to the outstanding document request on March 22, 2021 to allow the parties time in which to frame any issues they would like to raise in the March 25, 2021 letter.

Thank you.

Application GRANTED.  The conference currently scheduled for March 25, 2021 is ADJOURNED to **April 8, 2021** at **2:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 178. SO ORDERED.

March 16, 2021

Respectfully Submitted,

Richard A. Roth