UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FAT BRANDS INC., :
:
Plaintiff, :
: 19-CV-10497 (JMF)
-v- :
: ORDER
PPMT CAPITAL ADVISORS, LTD., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    At the initial pretrial conference scheduled for **April 8, 2021** at **2:00 p.m.**, the parties should be prepared to discuss Defendants' motion to vacate the default judgment against PPMT Capital Advisors, Ltd. and the entries of default against PPMT Capital Advisors, Ltd. and Royal Gulf Capital Corp. (including the need for and timing of briefing on the motion). The conference will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

    As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

    SO ORDERED.

Dated: April 2, 2021
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge