UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
FAT BRANDS INC.,          :
          :
        Plaintiff,          :
          :    19-CV-10497 (JMF)
    -v-          :
          :    ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,          :
          :
        Defendants.          :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The initial pretrial conference currently scheduled for April 8, 2021 is RESCHEDULED to **April 9, 2021** at **2:15 p.m.**  The dial-in information remains the same as described in the Court's Order of April 2, 2021, ECF No. 188.

      SO ORDERED.

Dated: April 6, 2021
      New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge