UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
FAT BRANDS INC.,                                                :
:
                Plaintiff,                              :
:    19-CV-10497 (JMF)
    -v-                                                         :
:    ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,                            :
:
                Defendants.                             :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties' recent letters, ECF Nos. 204-208, reference testimony given by Mr. Douglas at a deposition conducted on May 13, 2021, and Plaintiff's letter dated May 21, 2021, stated, "[w]e have reviewed a rough copy of Douglas's transcript" and "[w]e request permission to file the relevant transcript pages when the transcript becomes available early next week," ECF No. 206, at 2 n.2. To date, the Court has not received any transcript. No later than **June 7, 2021**, Plaintiff shall file the complete transcript of Mr. Douglas's deposition.

       SO ORDERED.

Dated: June 3, 2021
       New York, New York

                                                        JESSE M. FURMAN
                                                        United States District Judge