UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FAT BRANDS INC., :
:
Plaintiff, :
: 19-CV-10497 (JMF)
-v- :
: ORDER
PPMT CAPITAL ADVISORS, LTD., et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The Clerk of Court is directed to enter final judgment consistent with the Court's Opinion and Order of January 1, 2021, *see* ECF No. 154, and the Stipulation of Dismissal entered on July 29, 2021, *see* ECF No. 216, and close this case.

     SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                         United States District Judge