UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FAT BRANDS INC., :
:
                      Plaintiff, :
: 19-CV-10497 (JMF)
       -v- :
: ORDER
RAMJEET et al., :
:
                      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    No later than **August 30, 2023**, the parties shall file a joint letter proposing next steps in this case in light of the Second Circuit's decision vacating in part the judgment of August 26, 2021, and remanding to this Court. *See* ECF Nos. 224-25.

    SO ORDERED.

Dated: August 16, 2023
       New York, New York                   _____
                                                              JESSE M. FURMAN
                                                            United States District Judge