UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAT BRANDS INC.,

Plaintiff,

-v-

PPMT CAPITAL ADVISORS, LTD., et al.,

Defendants.

19-CV-10497 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 23, 2023, counsel to Defendants SJ Global Investments Worldwide, Inc., Neil Walsh, Kristina Fields, Peter Samuel, Michael J. Edison, and SJ Global Investments Ltd. (collectively, "SJ Global Defendants") filed a letter renewing its motion to withdraw as counsel. *See* ECF No. 227. A motion to withdraw may not be filed by letter-motion (let alone ordinary letter). Accordingly, the request is DENIED without prejudice to refiling a formal motion, in accordance with the Local Rules (including, but not limited to Local Civil Rule 1.4), no later than **August 31, 2023**. Defense counsel shall serve a copy of the motion **and** this Order on their clients and file proof of such service on the docket no later than **September 1, 2023**.

Any opposition to the motion to withdraw — by SJ Global Defendants or any other party — shall be filed by **September 14, 2023**; any reply shall be filed by **September 19, 2023**. Unless and until the Court grants the motion, Nelson Mullins Riley & Scarborough, LLP remains counsel of record to SJ Global Defendants. If SJ Global Defendants have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

SJ Global Investments Worldwide, Inc. and SJ Global Investments Ltd. are cautioned that corporate entities may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Thus, if the Court grants counsel's motion to withdraw and new counsel fails to appear on behalf of these entities, default judgment may be entered against them. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

SO ORDERED.

Dated: August 23, 2023
New York, New York

JESSE M. FURMAN
United States District Judge