UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FAT BRANDS INC.,                                                  :
:
                         Plaintiff,                       :
:     19-CV-10497 (JMF)
         -v-                                                  :
:     ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,                              :
:
                         Defendants.                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's September 15, 2023 Order, ECF No. 233, Nelson Mullins Riley & Scarborough LLP was required to file a letter providing the addresses for Defendants Neil Walsh, Kristina Fields, Peter Samuel, Michael J. Edison no later than September 19, 2023.  To date, counsel has not filed the required letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 21, 2023**.  Failure to comply with this Order may result in sanctions.

       The Clerk of Court is directed to reopen this case.

       SO ORDERED.

Dated: September 20, 2023
       New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge