UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
FAT BRANDS INC.,                                                     :
:
                       Plaintiff,                              :
:      19-CV-10497 (JMF)
        -v-                                                      :
:          ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,                                 :
:
                       Defendants.                             :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court is directed to modify the docket to reflect the physical addresses and email addresses of Neil Walsh, Kristina Fields, Peter Samuel, Michael J. Edison (together, the "Individual Defendants"), provided by counsel in the letters docketed at ECF Nos. 236 and 237.

       Given the absence of a known physical address for Mr. Edison and the impracticalities of mailing documents overseas, the Court will assume that the Individual Defendants consent to electronic service unless and until any of them affirmatively requests, by letter, to receive mailed hard copies of Court filings. The Clerk of Court is directed to update the docket to provide electronic service to the Individual Defendants and to electronically serve this Order (and unless and until the Court orders otherwise, all subsequent Court filings) on them.

       SO ORDERED.

Dated: September 21, 2023
       New York, New York
                                                      JESSE M. FURMAN
                                                   United States District Judge