UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FAT BRANDS INC.,                                                  :
                                                                  :
                              Plaintiff,                          :
                                                                  :         19-CV-10497 (JMF)
             -v-                                                  :
                                                                  :         ORDER
PPMT CAPITAL ADVISORS, LTD., et al.,                              :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall confer and submit a proposed case management plan by **Friday, October 6, 2023**.

- The deadline for Defendant Wesley Ramjeet to file a renewed or supplemental motion to dismiss is **October 20, 2023**. Any response by Plaintiff shall be filed by **November 7, 2023**, and any reply shall be filed by **November 16, 2023**.

- Unless and until the Court orders otherwise, discovery will not be stayed. If Ramjeet believes that discovery should be stayed pending a ruling on his motion, he shall — at some time after the filing of his motion — file a letter brief, not to exceed five pages, explaining why. Plaintiff shall file any opposition, also not to exceed five pages, within four business days of Ramjeet's submission.

SO ORDERED.

Dated: October 4, 2023
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                  United States District Judge