UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FAT BRANDS INC.,                                                  :
                                                                  :
                              Plaintiff,                          :
                                                                  :     19-CV-10497 (JMF)
            -v-                                                   :
                                                                  :          ORDER
PPMT CAPITAL ADVISORS, LTD. et al.,                               :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants Neil Walsh, Kristina Fields, Peter Samuel, Michael J. Edison (together, the "Individual Defendants") and Defendants SJ Global Investments Worldwide, Inc. and SJ Global Investments Ltd. (collectively, "SJ Global Defendants") appear to be in default, having failed to appear or otherwise indicate an intent to defend by the October 16, 2023 deadline set by the Court at ECF No. 233.

      Accordingly, Plaintiff shall file any motion for default judgment with respect to the SJ Global Defendants, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within three weeks of the date of this Order**. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers@nysd.uscourts.gov. If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing. If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: November 13, 2023
       New York, New York                          _____
                                                         JESSE M. FURMAN
                                                United States District Judge