```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAT BRANDS INC.,
                                                              Case No.: 19-CV-10497-JMF
                    Plaintiff,

       -against-                                              DEFAULT JUDGMENT

PPMT CAPITAL ADVISORS, LTD., ROYAL
GULF CAPITAL CORPORATION, KARL
DOUGLAS, WESLEY RAMJEET, SJ GLOBAL
INVESTMENTS WORLDWIDE, LTD., SJ
GLOBAL INVESTMENTS LTD, PETER
SAMUEL, NEIL WALSH, KRISTINA FIELDS
AND MICKEY EDISON.
                    Defendants.
------------------------------------------------------------x
```

**JESSE M. FURMAN**, United States District Judge:

**WHEREAS**, this action was commenced on November 13, 2019 with the filing of a summons and complaint (DE 17). On December 5, 2019, a copy of the summons and complaint was served on Defendant SJ Global Investments Ltd., and proof of service was therefore filed on December 5, 2019 (DE 33). On January 15, 2020, a copy of the summons and complaint was served on Defendants SJ Global Investments Worldwide Ltd., Neil Walsh, and Kristina Fields and proof of service was therefore filed on January 15, 2020 (DE 63). On January 23, 2020, attorneys from the law firm Nelson Mullins Riley & Scarborough, LLP entered notices of appearance on behalf of Defendants SJ Global Investments Ltd, SJ Global Investments Worldwide Ltd., Neil Walsh, and Kristina Fields (DE 72-74).

**WHEREAS**, on January 28, 2020, attorneys from the law firm Nelson Mullins Riley & Scarborough, LLP entered notices of appearance on behalf of Defendants Peter Samuel and Mickey Edison (DE 78-80). On February 12, 2020, a copy of the summons and complaint was

1

served on Defendants Peter Samuel and Mickey Edison, pursuant to the Court's on February 12, 2020, and proof of service was filed on February 13, 2020 (DE 85, 90, 91).

**WHEREAS**, on April 3, 2020, a copy of the Amended Complaint was filed and served on Defendants SJ Global Investments Ltd, SJ Global Investments Worldwide Ltd., Neil Walsh, Kristina Fields, Peter Samuel and Mickey Edison (collectively, the "SJ Global Defendants"), via their registered counsel (DE 97). On September 15, 2023, the Court granted Nelson Mullins Riley & Scarborough's motion to withdraw as counsel to the SJ Global Defendants (DE 233). On November 13, 2023, the Court ordered that the SJ Global Defendants appeared to be in default (DE 250).

**WHEREAS**, on November 29, 2023, the Clerk of the Court of the United States District Court for the Southern District of New York entered a Certificate of Default against the SJ Global Defendants because the "docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein" (DE 255).

**WHEREAS,** on December 5, 2023, this Court Ordered that the SJ Global Defendants "shall file any opposition to the motion for default judgment by December 20, 2023" (DE 260), and no such opposition has been filed.

**WHEREAS,** on January 4, 2024, this Court Ordered, Adjudged and Decreed that Plaintiff Fat Brands, Inc. shall have judgment against the SJ Global Defendants with respect to Plaintiff's Fourth Claim for Relief set forth in Plaintiff's Amended Complaint for Fraud and Conspiracy to Commit Fraud Against the SJ Global Defendants.

**WHEREAS,**  this Court directed Plaintiff to file a proposed judgment for the Fourth Claim for Relief against the SJ Global Defendants.

IT IS ORDERED and ADJUDGED that:

1. The Clerk is to enter a FINAL JUDGMENT in this matter on Plaintiff's Fourth Claim For Relief against the SJ Global Defendants directing that Plaintiff Fat Brands, Inc. recover the amount of $4,387,384 in compensatory damages;

2. Plaintiff is entitled to recover prejudgment interest under CPLR 5001(b) at the rate of nine percent per annum, accruing as set forth in the Declaration submitted by Ron Roe, the Vice President of Finance for Plaintiff FAT Brands, Inc. (DE 257, p. 7) for a total amount of prejudgment interest of $1,814,657 as of December 20, 2023, with interest continuing to accrue at the rate of $1,082 per day thereafter over the next sixteen days until January 4, 2024, or for another $17,312;

3. Plaintiff is entitled to Final Judgment on its Fourth Claim For Relief against the SJ Global Defendants in the amount of $6,219,352, together with any post-judgment interest as permitted by law;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction of this matter for purposes of enforcing the terms of this Judgment.

There being no just reason for delay, pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure the Clerk is ordered to enter this Final Judgment on Plaintiffs' Fourth Claim for Relief Against the SJ Global Defendants forthwith and without further notice.

Dated: January 4, 2024
New York, New York

As this resolves all claims against all Defendants, the Clerk of Court is directed to close the case. All motions are moot; all conferences are cancelled. The Clerk of Court is directed to terminate ECF No. 256.

By: _____
Jesse M. Furman
United States District Judge